570 S.E.2d 268

Diation Lamonte LANGHORNE, s/k/a
Diatiaion Langhorne, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Record No. 2124–99–2.

Court of Appeals of Virginia.

Oct. 1, 2002.

## UPON REMAND FROM THE SUPREME COURT OF VIRGINIA

In accordance with the order of the Supreme Court of Virginia entered on March 22, 2002, the opinion previously rendered by this Court on March 6, 2001 is withdrawn, the mandate entered on that date is vacated and final judgment is entered reinstating the conviction of the appellant.

This order shall be published and certified to the trial court.